# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LEVY, MORTON A. | § | Case No. 13-06353 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/20/2013 . The undersigned trustee was appointed on 02/20/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $    7,500.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 18.70 |
   | Bank service fees | 235.80 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 7,245.50 |

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was 04/23/2014 and the deadline for filing governmental claims was 04/23/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,500.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,500.00 , for a total compensation of $ 1,500.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 34.56 , for total expenses of $ 34.56 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/12/2015          By:/s/JOSEPH E. COHEN
                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 13-06353 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | LEVY, MORTON A. | Date Filed (f) or Converted (c): | 02/20/13 (f) |
| | | 341(a) Meeting Date: | 04/12/13 |
| For Period Ending: | 11/12/15 | Claims Bar Date: | 04/23/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Condominium 505 N. Lake Shore Drive Unit 5311 Chic | 670,000.00 | 0.00 | | 0.00 | FA |
| 2. 15 Acres Vacant Land Sanders, Arizona | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Timeshare Saratoga Springs Lake Buena Vista, FL | 5,000.00 | 0.00 | | 1,500.00 | FA |
| 4. Timeshare 6 Akai Drive Lahaina, HI | 11,000.00 | 0.00 | | 1,000.00 | FA |
| 5. Timeshare 6 Akai Drive Lahaina, HI | 11,000.00 | 0.00 | | 1,000.00 | FA |
| 6. Timeshare 6 Akai Drive Lahaina, HI | 11,000.00 | 0.00 | | 1,000.00 | FA |
| 7. Timeshare 6 Akai Drive Lahaina, HI | 11,000.00 | 0.00 | | 1,000.00 | FA |
| 8. Timeshare 6 Akai Drive Lahaina, HI | 11,000.00 | 0.00 | | 1,000.00 | FA |
| 9. Normal Household Goods  Normal Household Goods | 1,750.00 | 0.00 | | 1,000.00 | FA |
| 10. Normal Apparel  Normal Apparel | 1,500.00 | 0.00 | | 0.00 | FA |
| 11. Whole Life Insurance Policies Wife is the benefici  Whole Life Insurance Policies Wife is the beneficiary | 150,000.00 | 0.00 | | 0.00 | FA |
| 12. Whole Life Insurance Policies Wife is the benefici  Whole Life Insurance Policies Wife is the beneficiary | 122,000.00 | 0.00 | | 0.00 | FA |
| 13. Phoenix Life Insurance Company Policy Insuring the  Phoenix Life Insurance Company Policy Insuring the life of Barry Lezak pursuant to stock purchase agreement dated 6-8-87. Debtor is Trustee of said policy. No value to Debtor at present date. | 0.00 | 0.00 | | 0.00 | FA |
| 14. ERISA Qualified IRA  ERISA Qualified IRA | 1,735,354.00 | 0.00 | | 0.00 | FA |
| 15. ERISA Qualified IRA  ERISA Qualified IRA | 697,765.00 | 0.00 | | 0.00 | FA |
| 16. Interest in Business BBHM Management Company 1982  Interest in Business BBHM Management Company 1982 - Present | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 13-06353   ABG   Judge: A. BENJAMIN GOLDGAR
Case Name: LEVY, MORTON A.

Trustee Name: JOSEPH E. COHEN
Date Filed (f) or Converted (c): 02/20/13 (f)
341(a) Meeting Date: 04/12/13
Claims Bar Date: 04/23/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 82.5% Interest No Assets | | | | | |
| 17. Interest in Business The Home of Moo & Oink, LLC 1 | 0.00 | 0.00 | | 0.00 | FA |
| Interest in Business The Home of Moo & Oink, LLC 1982 - Present 82.5% Interest No Assets | | | | | |
| 18. Interest in Business Paradise Properties, LLC 2003 | 0.00 | 0.00 | | 0.00 | FA |
| Interest in Business Paradise Properties, LLC 2003 - Present 45% Interest In Receivership | | | | | |
| 19. 1999 Chrysler Cirrus | 487.50 | 0.00 | | 0.00 | FA |
| 1999 Chrysler Cirrus | | | | | |

|   |   |   |   |   |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $3,439,856.50 | $0.00 | $7,500.00 | Gross Value of Remaining Assets $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS PREPARED DRAFT OF TFT, NFT, ETC - July 31, 2015.  TRUSTEE TO PREPARE CLOSING DOCUMENTS - April 30, 2015.
TRUSTEE TO COMMENCE WORK ON TFR, NFR AND RELATED DOCUMENTS - Jan. 17, 2015.  TRUSTEE IS NEGOTIATING WITH DEBTOR FOR
PURCHASE OF TIMESHARE INTERESTS.  TRUSTEE HAS FILED A MOTION FOR SALE OF TIMESHARE INTERESTS BACK TO THE DEBTOR.
TRUSTEE TO SET BAR DATE FOR FILING OF CLAIMS - January 19, 2014.  TRUSTEE REVIEWING FINANCIAL RECORDS SUPPLIED BY THE
DEBTOR - April 30, 2014.  NO CHANGE - July 17, 2014.  NO CHANGE - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 03/31/15      Current Projected Date of Final Report (TFR): 08/31/15

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-06353 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | LEVY, MORTON A. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5639 Checking Account |
| Taxpayer ID No: | *******1750 | | |
| For Period Ending: | 11/12/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/18/13 | * NOTE * | MORTON LEVY | SALE OF TIMESHARES | 1129-000 | 7,500.00 | | 7,500.00 |
| | | | * NOTE * Properties 3, 4, 5, 6, 7, 8, 9 | | | | |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,490.00 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.14 | 7,478.86 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.76 | 7,468.10 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.10 | 7,457.00 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.09 | 7,445.91 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,435.91 |
| 04/05/14 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 10.80 | 7,425.11 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.05 | 7,414.06 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.67 | 7,403.39 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.01 | 7,392.38 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.64 | 7,381.74 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.98 | 7,370.76 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.96 | 7,359.80 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.59 | 7,349.21 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.93 | 7,338.28 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.56 | 7,327.72 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.89 | 7,316.83 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.88 | 7,305.95 |
| 02/27/15 | 300002 | Arthur B. Levine Company 60 East 42nd Street Room 965 New York, New York 10165 | Bond premium | 2300-000 | | 7.90 | 7,298.05 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,288.05 |
| | | | Page Subtotals | | 7,500.00 | 211.95 | |

UST Form 101-7-TFR (5/1/2011) (Page: 5)

LFORM24

Ver: 19.00

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-06353 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | LEVY, MORTON A. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5639  Checking Account |
| Taxpayer ID No: | *******1750 | | |
| For Period Ending: | 11/12/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.84 | 7,277.21 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.47 | 7,266.74 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.80 | 7,255.94 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.44 | 7,245.50 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,500.00 | 254.50 | 7,245.50 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 7,500.00 | 254.50 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 7,500.00 | 254.50 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********5639 | 7,500.00 | 254.50 | 7,245.50 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 7,500.00 | 254.50 | 7,245.50 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          42.55

UST Form 101-7-TFR (5/1/2011) (Page: 6)

LFORM24

Ver: 19.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 12, 2015 |
|---|---|---|---|---|---|---|

Case Number:  13-06353  
Debtor Name:  LEVY, MORTON A.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | COHEN & KROL<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,391.00 | $1,391.00 |
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,534.56 | $1,534.56 |
| 999<br>2300-00 | ARTHUR B. LEVINE COMPANY<br>60 E. 42nd Street<br>New York, NY 10165 | Administrative | | $0.00 | $7.90 | $7.90 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $10.80 | $10.80 |
| 000001<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $199.90 | $199.90 |
| 000002-2<br>070<br>7100-00 | CW ASSET CAPITAL MANAGEMENT<br>c/o Cara M Houck<br>225 W. Washington St,Suite 2600<br>Chicago, IL 60606 | Unsecured | | $0.00 | $333,000.00 | $333,000.00 |
| 000003-2<br>070<br>7100-00 | CWCAPITAL ASSET MANAGEMENT<br>c/o Cara M Houck<br>225 W. Washington St,Suite 2600<br>Chicago, IL 60606 | Unsecured | | $0.00 | $375,666.62 | $375,666.62 |
| | Case Totals: | | | $0.00 | $711,810.78 | $711,810.78 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-06353  
Case Name: LEVY, MORTON A.  
Trustee Name: JOSEPH E. COHEN

Balance on hand $ 7,245.50

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 1,500.00 | $ 0.00 | $ 1,500.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 34.56 | $ 0.00 | $ 34.56 |
| Attorney for Trustee Fees: COHEN & KROL | $ 1,391.00 | $ 0.00 | $ 1,391.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 7.90 | $ 7.90 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 10.80 | $ 10.80 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 2,925.56

Remaining Balance $ 4,319.94

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 708,866.52  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.6  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 199.90 | $ 0.00 | $ 1.22 |
| 000002-2 | CW ASSET CAPITAL MANAGEMENT<br>c/o Cara M Houck<br>225 W. Washington St,Suite 2600<br>Chicago, IL 60606 | $ 333,000.00 | $ 0.00 | $ 2,029.35 |
| 000003-2 | CWCAPITAL ASSET MANAGEMENT<br>c/o Cara M Houck<br>225 W. Washington St,Suite 2600<br>Chicago, IL 60606 | $ 375,666.62 | $ 0.00 | $ 2,289.37 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 4,319.94 |
| Remaining Balance | $ | 0.00 |

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE