UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re: §
§
LEVY, MORTON A. § Case No. 13-06353
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 671,000.00 *(Without deducting any secured claims)* | Assets Exempt: 2,707,106.50 |
| Total Distributions to Claimants: 4,319.94 | Claims Discharged Without Payment: 6,555,413.58 |
| Total Expenses of Administration: 3,180.06 | |

3) Total gross receipts of $ 7,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 7,500.00  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 774,800.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,180.06 | 3,180.06 | 3,180.06 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 6,184,200.00 | 708,866.52 | 708,866.52 | 4,319.94 |
| **TOTAL DISBURSEMENTS** | $ 6,959,000.00 | $ 712,046.58 | $ 712,046.58 | $ 7,500.00 |

4) This case was originally filed under chapter 7 on 02/20/2013 . The case was pending for 40 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/02/2016          By:/s/JOSEPH E. COHEN
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Timeshare Saratoga Springs Lake Buena Vista, | 1129-000 | 1,500.00 |
| Timeshare 6 Akai Drive Lahaina, HI | 1129-000 | 1,000.00 |
| Timeshare 6 Akai Drive Lahaina, HI | 1129-000 | 1,000.00 |
| Timeshare 6 Akai Drive Lahaina, HI | 1129-000 | 1,000.00 |
| Timeshare 6 Akai Drive Lahaina, HI | 1129-000 | 1,000.00 |
| Timeshare 6 Akai Drive Lahaina, HI | 1129-000 | 1,000.00 |
| Normal Household Goods | 1129-000 | 1,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 7,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMO Harris Bank 111 W. Monroe St. Chicago, IL 60690 | | 772,000.00 | NA | NA | 0.00 |
| | Lake Point Tower Wolin-Levin, Inc. PO Box 513205 Los Angeles, CA 90051 | | 2,800.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 774,800.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 1,500.00 | 1,500.00 | 1,500.00 |
| JOSEPH E. COHEN, TRUSTEE | 2200-000 | NA | 34.56 | 34.56 | 34.56 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 7.90 | 7.90 | 0.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 10.80 | 10.80 | 18.70 |
| ASSOCIATED BANK | 2600-000 | NA | 235.80 | 235.80 | 235.80 |
| COHEN & KROL | 3110-000 | NA | 927.34 | 927.34 | 927.34 |
| JOSEPH E. COHEN, ATTORNEY | 3110-000 | NA | 463.66 | 463.66 | 463.66 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 3,180.06** | **$ 3,180.06** | **$ 3,180.06** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMO Harris Bank 111 W. Monroe St. Chicago, IL 60690 | | 420,000.00 | NA | NA | 0.00 |
| | Barry J. Levy 2863 Woodmere Northbrook, IL 60062 | | 166,667.00 | NA | NA | 0.00 |
| | Cathryn Taylor 1522 N. LaSalle Street Chicago, IL 60610 | | 166,667.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Midwest Bank c/o Locke Lord, LLP 111 South Wacker drive Chicago, IL 60606 | | 5,097,533.00 | NA | NA | 0.00 |
| | Jeffery Haynes 9154 S. Throop Chicago, IL 60620 | | 0.00 | NA | NA | 0.00 |
| 000001 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 199.90 | 199.90 | 1.22 |
| 000002-2 | CWCAPITAL ASSET MANAGEMENT | 7100-000 | 333,333.00 | 333,000.00 | 333,000.00 | 4,318.72 |
| 000003-2 | CWCAPITAL ASSET MANAGEMENT | 7100-000 | NA | 375,666.62 | 375,666.62 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 6,184,200.00 | $ 708,866.52 | $ 708,866.52 | $ 4,319.94 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-06353 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | LEVY, MORTON A. | Date Filed (f) or Converted (c): | 02/20/13 (f) |
| | | 341(a) Meeting Date: | 04/12/13 |
| For Period Ending: | 06/02/16 | Claims Bar Date: | 04/23/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Condominium 505 N. Lake Shore Drive Unit 5311 Chic | 670,000.00 | 0.00 | | 0.00 | FA |
| 2. 15 Acres Vacant Land Sanders, Arizona | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Timeshare Saratoga Springs Lake Buena Vista, FL | 5,000.00 | 0.00 | | 1,500.00 | FA |
| 4. Timeshare 6 Akai Drive Lahaina, HI | 11,000.00 | 0.00 | | 1,000.00 | FA |
| 5. Timeshare 6 Akai Drive Lahaina, HI | 11,000.00 | 0.00 | | 1,000.00 | FA |
| 6. Timeshare 6 Akai Drive Lahaina, HI | 11,000.00 | 0.00 | | 1,000.00 | FA |
| 7. Timeshare 6 Akai Drive Lahaina, HI | 11,000.00 | 0.00 | | 1,000.00 | FA |
| 8. Timeshare 6 Akai Drive Lahaina, HI | 11,000.00 | 0.00 | | 1,000.00 | FA |
| 9. Normal Household Goods  Normal Household Goods | 1,750.00 | 0.00 | | 1,000.00 | FA |
| 10. Normal Apparel  Normal Apparel | 1,500.00 | 0.00 | | 0.00 | FA |
| 11. Whole Life Insurance Policies Wife is the benefici  Whole Life Insurance Policies Wife is the beneficiary | 150,000.00 | 0.00 | | 0.00 | FA |
| 12. Whole Life Insurance Policies Wife is the benefici  Whole Life Insurance Policies Wife is the beneficiary | 122,000.00 | 0.00 | | 0.00 | FA |
| 13. Phoenix Life Insurance Company Policy Insuring the  Phoenix Life Insurance Company Policy Insuring the life of Barry Lezak pursuant to stock purchase agreement dated 6-8-87. Debtor is Trustee of said policy. No value to Debtor at present date. | 0.00 | 0.00 | | 0.00 | FA |
| 14. ERISA Qualified IRA  ERISA Qualified IRA | 1,735,354.00 | 0.00 | | 0.00 | FA |
| 15. ERISA Qualified IRA  ERISA Qualified IRA | 697,765.00 | 0.00 | | 0.00 | FA |
| 16. Interest in Business BBHM Management Company 1982  Interest in Business BBHM Management Company 1982 - Present | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Ver: 19.06a

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 13-06353 ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | LEVY, MORTON A. | | Date Filed (f) or Converted (c): | 02/20/13 (f) |
| | | | 341(a) Meeting Date: | 04/12/13 |
| | | | Claims Bar Date: | 04/23/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 82.5% Interest No Assets | | | | | |
| 17. Interest in Business The Home of Moo & Oink, LLC 1 | 0.00 | 0.00 | | 0.00 | FA |
| Interest in Business The Home of Moo & Oink, LLC 1982 - Present 82.5% Interest No Assets | | | | | |
| 18. Interest in Business Paradise Properties, LLC 2003 | 0.00 | 0.00 | | 0.00 | FA |
| Interest in Business Paradise Properties, LLC 2003 - Present 45% Interest In Receivership | | | | | |
| 19. 1999 Chrysler Cirrus | 487.50 | 0.00 | | 0.00 | FA |
| 1999 Chrysler Cirrus | | | | | |

|  |  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $3,439,856.50 | $0.00 | | $7,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR SET FOR HEARING ON 1/8/16 - 01/20/16. TFR PREPARED AND SUBMITTED FOR REVIEW - Oct. 31, 2015. NO CHANGE - July 30, 2015. TRUSTEE HAS PREPARED DRAFT OF TFR, NFR, ETC - July 31, 2015. TRUSTEE TO PREPARE CLOSING DOCUMENTS - April 30, 2015. TRUSTEE TO COMMENCE WORK ON TFR, NFR AND RELATED DOCUMENTS - Jan. 17, 2015. TRUSTEE IS NEGOTIATING WITH DEBTOR FOR PURCHASE OF TIMESHARE INTERESTS. TRUSTEE HAS FILED A MOTION FOR SALE OF TIMESHARE INTERESTS BACK TO THE DEBTOR. TRUSTEE TO SET BAR DATE FOR FILING OF CLAIMS - January 19, 2014. TRUSTEE REVIEWING FINANCIAL RECORDS SUPPLIED BY THE DEBTOR - April 30, 2014. NO CHANGE - July 17, 2014. NO CHANGE - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 03/31/15     Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-06353 -ABG | | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | LEVY, MORTON A. | | | Bank Name: | ASSOCIATED BANK |
| | | | | Account Number / CD #: | *******5639 Checking Account |
| Taxpayer ID No: | *******1750 | | | | |
| For Period Ending: | 06/02/16 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/18/13 | * NOTE * | MORTON LEVY | SALE OF TIMESHARES | 1129-000 | 7,500.00 | | 7,500.00 |
| | | | * NOTE * Properties 3, 4, 5, 6, 7, 8, 9 | | | | |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,490.00 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.14 | 7,478.86 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.76 | 7,468.10 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.10 | 7,457.00 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.09 | 7,445.91 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,435.91 |
| 04/05/14 | 300001 | INTERNATIONAL SURETIES, LTD. | Bond # 016026455 | 2300-000 | | 10.80 | 7,425.11 |
| | | 701 Poydras St. | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.05 | 7,414.06 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.67 | 7,403.39 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.01 | 7,392.38 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.64 | 7,381.74 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.98 | 7,370.76 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.96 | 7,359.80 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.59 | 7,349.21 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.93 | 7,338.28 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.56 | 7,327.72 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.89 | 7,316.83 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.88 | 7,305.95 |
| 02/27/15 | 300002 | Arthur B. Levine Company | Bond premium | 2300-000 | | 7.90 | 7,298.05 |
| | | 60 East 42nd Street | | | | | |
| | | Room 965 | | | | | |
| | | New York, New York 10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,288.05 |

Page Subtotals 7,500.00 211.95

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 9)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-06353 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | LEVY, MORTON A. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5639 Checking Account |
| Taxpayer ID No: | *******1750 | | | |
| For Period Ending: | 06/02/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | Account / CD Balance ($) |
| | | | | | Deposits ($) | Disbursements ($) |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.84 | 7,277.21 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.47 | 7,266.74 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.80 | 7,255.94 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.44 | 7,245.50 |
| 01/11/16 | 300003 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Trustee Fees<br>Trustee Fees | | | 1,534.56 | 5,710.94 |
| | | | Fees 1,500.00 | 2100-000 | | | |
| | | | Expenses 34.56 | 2200-000 | | | |
| 01/11/16 | 300004 | COHEN & KROL<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 927.34 | 4,783.60 |
| 01/11/16 | 300005 | JOSEPH E. COHEN, Attorney<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 463.66 | 4,319.94 |
| 01/11/16 | 300006 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000001, Payment 0.61031%<br>(1-1) CREDIT CARD DEBT | 7100-000 | | 1.22 | 4,318.72 |
| * 01/11/16 | 300007 | CW ASSET CAPITAL MANAGEMENT<br>c/o Cara M Houck<br>225 W. Washington St,Suite 2600<br>Chicago, IL 60606 | Claim 000002-2, Payment 0.60941%<br>(2-1) Commercial lease<br>guaranty<br>(2-1) modified name and address 4/23/2014 | 7100-003 | | 2,029.35 | 2,289.37 |
| 01/11/16 | 300008 | CWCAPITAL ASSET MANAGEMENT<br>c/o Cara M Houck<br>225 W. Washington St,Suite 2600<br>Chicago, IL 60606 | Claim 000003-2, Payment 0.60942%<br>(3-1) Limited Recourse Obligations<br>Guaranty<br>(3-1) modified name and address 4/23/2014 | 7100-000 | | 2,289.37 | 0.00 |
| * 02/29/16 | 300007 | CW ASSET CAPITAL MANAGEMENT<br>c/o Cara M Houck | Claim 000002-2, Payment 0.60941% | 7100-003 | | -2,029.35 | 2,029.35 |

Page Subtotals 0.00 5,258.70

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-06353 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | LEVY, MORTON A. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5639 Checking Account |
| Taxpayer ID No: | *******1750 | | | |
| For Period Ending: | 06/02/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 02/29/16 | 300009 | 225 W. Washington St, Suite 2600<br>Chicago, IL 60606<br>CW CAPITAL ASSET MANAGEMENT<br>c/o Cara M Houck<br>225 W. Washington St, Suite 2600<br>Chicago, IL 60606 | Claim 000002-2, Payment 0.60941%<br>(2-1) Commercial lease<br>guaranty<br>(2-1) modified name and address 4/23/2014 | 7100-003 | | 2,029.35 | 0.00 |
| * 02/29/16 | 300009 | CW CAPITAL ASSET MANAGEMENT<br>c/o Cara M Houck<br>225 W. Washington St, Suite 2600<br>Chicago, IL 60606 | Claim 000002-2, Payment 0.60941% | 7100-003 | | -2,029.35 | 2,029.35 |
| 02/29/16 | 300010 | CW CAPITAL ASSET MANAGEMENT<br>c/o Cara M Houck<br>225 W. Washington St, Suite 2600<br>Chicago, IL 60606 | Claim 000002-2, Payment 0.60941%<br>(2-1) Commercial lease<br>guaranty<br>(2-1) modified name and address 4/23/2014<br>reissue ck no 300007 | 7100-000 | | 2,029.35 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 7,500.00 | 7,500.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 7,500.00 | 7,500.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 7,500.00 | 7,500.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********5639 | 7,500.00 | 7,500.00 | 0.00 |
| | ---------- | ---------- | ---------- |
| | 7,500.00 | 7,500.00 | 0.00 |
| | ========== | ========== | ========== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        2,029.35

Ver: 19.06a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit 9

| Case No: | 13-06353 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | LEVY, MORTON A. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5639  Checking Account |
| Taxpayer ID No: | *******1750 | | | |
| For Period Ending: | 06/02/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********5639

| | | | | | Page Subtotals | 0.00 | 0.00 |

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 12)